**Opinion issued December 9, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-25-00483-CV**

———————————

**LILLIAN WARD A/K/A LILLIAN A. WARD A/K/A LILLAN ANN WARD,**
**Appellant**

**V.**

**STONE STREET CAPITAL, LLC, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-15107**

---

**MEMORANDUM OPINION**

On June 24, 2025, appellant, Lillian Ward, also known as Lillian A. Ward and

Lillian Ann Ward, proceeding pro se, filed a notice of appeal from the trial court's

April 20, 2015 "Final Order Approving Assignment of Structured Settlement

Payments." Appellant's June 24, 2025 notice of appeal was not timely filed to invoke the jurisdiction of this Court.

We therefore dismiss the appeal for lack of jurisdiction.

Absent a timely filed notice of appeal, we lack jurisdiction over an appeal. *See* TEX. R. APP. P. 25.1. Generally, a notice of appeal of a final judgment must be filed within thirty days after the entry of judgment. *See* TEX. R. APP. P. 26.1. Accordingly, in order to invoke this Court's appellate jurisdiction over the trial court's April 20, 2015 order, appellant was required to file a notice of appeal on or before May 20, 2015. Accordingly, appellant's June 24, 2025 notice of appeal was not timely filed.

On October 28, 2025, the Court notified appellant that it appeared the Court lacked jurisdiction over the appeal because her notice of appeal from the trial court's April 20, 2015 order was not timely filed. Appellant was directed to file a written response within ten days demonstrating, with citation to law and the record, that the Court had jurisdiction over the appeal.

On November 10, 2025, an unsigned response to the Court's order was filed. The response failed to establish that appellant's notice of appeal was timely filed, or that the Court had jurisdiction over the appeal. Appellant's June 24, 2025 notice of appeal was therefore not timely filed, and we lack jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1(a)(1).

We dismiss the appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), (c), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.